UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CORNELIUS TOWNER, PETER LOFTON, AND GORDON OWENS, JR.** | : | CIVL ACTION NO.: 2:21-cv-1267 |
| | : | JUDGE: |
| **VERSUS** | | |
| **ENTERPRISE OFFSHORE DRILLING LLC** | : | MAGISTRATE JUDGE |

## COMPLAINT

Cornelius Towner, Peter Lofton and Gordon Owens, Jr., through Counsel, individually and collectively, assert the cause(s) of action hereafter stated:

1) **Cornelius Towner** is an adult resident of Scott County, Mississippi, residing at 228 Old Highway 80, Forest, Mississippi 39074.

2) **Peter Lofton** is an adult resident of Rapides Parish, Louisiana, residing at 301 W. Dem Drive, Alexandria, Louisiana 71303.

3) **Gordon Owens, Jr.** is an adult resident of Natchitoches Parish, Louisiana, residing at 209 Martin Drive, Natchitoches, Louisiana 71457.

4) **Enterprise Offshore Drilling, LLC** (hereinafter Enterprise), is a corporation qualified to do business in Louisiana and organized under the laws of Texas.

5) Enterprise may be served with process, by service upon its registered agent, Capitol Corporate Services, Inc., at 8550 Plaza Building II, Ste. 305, Baton Rouge, Louisiana 70809.

6) This Court has jurisdiction to hear/decide this matter pursuant to 28 U.S.C. §1331 and 28 U.S.C. §1343.

7) This cause of action arises under Title VII of the Civil Rights Act of 1964, as amended by the Civil Rights Act of 1991. This Court has supplemental jurisdiction to hear/decide Plaintiffs' state law claims, here stated.

8) Plaintiffs, Cornelius Towner, Peter Lofton, and Gordon Owens, Jr., are African-Americans.

9) At relevant times here, Plaintiffs, Cornelius Towner, Peter Lofton and Gordon Owens, Jr., were employed by Enterprise, on an offshore drilling rig, located in the Eastern District of Louisiana, in the Gulf of Mexico.

10) Plaintiffs, Cornelius Towner, Peter Lofton, and Gordon Owens, Jr., during their employment with Enterprise, were routinely and systematically subjected to discrimination, harassment and intimidation, based on their race, by Enterprise employed, white, co-workers. Further, these acts occurred within the applicable prescriptive periods/statutes of limitation for the causes of action set forth herein.

11) Enterprise's supervisory/managerial level employees were aware of, condoned and participated in racially discriminatory conduct that occurred in the presence of Plaintiffs and, in addition, was frequently directed toward Plaintiffs.

12) Some, but not all, examples of such discrimination, harassment and intimidation, included the use of the racially derogatory term "n*****"[1] in the presence of Plaintiffs and referring to Plaintiffs as "n*****s" and "boys".

13) Another example: Plaintiffs were called upon to attend an Enterprise arranged meeting at which a movie that was blatantly demeaning and derogatory toward

---

[1] The actual words used, likely known to the court, have been obscured for the sake of decorum.

persons who were African-Americans, was shown to Enterprise employees – including Enterprise supervisory employees.

14) A "hangman's" noose, a symbol of racial hatred, was placed on one of the Plaintiff's locker door, by an Enterprise employee.

15) White Enterprise employees engaged in schemes devised to falsely cast Plaintiffs as workers who violated company safety rules, who failed to perform assignments properly, in order to attempt to adversely affect Plaintiffs' job performance/status – in order to prevent Plaintiffs from being eligible for promotion – in order to secure Plaintiffs' termination and replacement by white employees.

16) The Plaintiffs complained to Enterprise supervisors about such discrimination, harassment and intimidation.

17) Enterprise failed to take any remedial action to eliminate this persuasive/ongoing discriminatory conduct.

18) Plaintiff, Cornelius Towner was discharged from his position at Enterprise as a result of retaliation and race.

19) Enterprise's racially based conduct occurred in direct violation of Title VII of the Civil Rights Act of 1964, as well as Louisiana State Law.

<u>Prayer for Relief</u>

Plaintiffs, Cornelius Towner, Peter Lofton, and Gordon Owens, Jr., each seek recovery for actual, compensatory, special, and punitive damages, in an amount to be determined by a jury in this case, as well as reasonable attorney's fees.

**WHEREFORE PREMISES CONSIDERED**, Plaintiffs ask this Court to:

1) Assume jurisdiction over this action;

2) Declare that Enterprise's racially discriminatory conduct directed toward Plaintiffs and occurring in Plaintiffs' presence during Plaintiffs' employment be in violation of Plaintiffs' civil rights;

3) Empanel a jury to award Plaintiffs compensatory damages, including, but not limited to, pecuniary and non-pecuniary losses sustained by Plaintiffs, emotional distress, suffering, humiliation, inconvenience, mental anguish, loss of enjoyment of life, and other non-pecuniary losses;

4) Instruct such jury to award Plaintiffs pre-judgment and post-judgment interest at the highest lawful rate;

5) Instruct such jury to award Plaintiffs punitive damages, sufficient in amount to deter Enterprise from permitting the type of conduct to which Plaintiffs were subjected from again occurring at its workplace;

6) Award Plaintiffs their costs of litigation, including reasonable attorney's fees and expenses;

7) Plaintiffs request all other relief available under the law and equity and such relief as this Court deems necessary and proper.

<u>Jury Demand</u>

The Plaintiffs hereby demand a trial by jury.

**RESPECTFULLY SUBMITTED** this 30th day of June 2021.

*/s/ J. Neale deGravelles*
J. Neale deGravelles (29143)
deGravelles & Palmintier, L.L.P.
618 Main Street │ Baton Rouge, LA 70801
Phone: 225-344-3735 │ Fax: 225-408-5339
ndegravelles@dplawla.com


**-AND-**

Frank Thackston, Jr., MSB# 8058
Heath S. Douglas, MSB# 102313
Lake Tindall, LLP
P. O. Box 918
127 S. Poplar Street (38701)
Greenville, MS  38702-0918
Telephone:  662-378-2121
Facsimile:  662-378-2183
Email:  fthackston@ltindall.com
Email:  hdouglas@ltindall.com
*Pro Hac Vice Application To Be Filed*